UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTT LYKENS, | |
| Plaintiff, | CIVIL ACTION NO. 4:24-cv-00729 |
| v. | (SAPORITO, J.) |
| COLETTE S. PETERS, in her official capacity as Director of the Bureau of Prisons, and in her individual capacity, et al., | |
| Defendants. | |

## ORDER

AND NOW, this 28th day of March, 2025, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The report and recommendation of Judge Bloom (Doc. 26) is **ADOPTED in part and NOT ADOPTED in part**—the report is **ADOPTED** to the extent it recommends dismissal of the plaintiff's FTCA claims, and it is **NOT ADOPTED** to the extent it recommends dismissal of the remainder of the plaintiff's claims;

2. In light of our dismissal of a prior action by this plaintiff, *Lykens v. Peters*, No. 4:24-cv-01385 (M.D. Pa. dismissed Feb. 4, 2025), for lack of subject matter jurisdiction under the very same factual

circumstances, the plaintiff's FTCA claims in this action are **DISMISSED** for lack of subject matter jurisdiction under the doctrine of collateral estoppel, or issue preclusion; and

    3.    This matter is **REMANDED** to the magistrate judge for further proceedings with respect to the plaintiff's remaining claims and the defendants' motion to dismiss.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge